UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

|  |  |
|---|---|
| BOJUN WANG,<br><br>             Plaintiff,<br><br>      v.<br><br>KRISTI NOEM, et al.,<br><br>             Defendants. | Case No.  26-cv-01431-RMI<br><br>**ORDER EXTENDING TIME FOR SERVICE** |

Rule 4(m) of the Federal Rules of Civil Procedure requires that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The Complaint in this action was filed well over 90 days ago and it does not appear that Defendants have been properly served. An executed summons was issued in this case in February, but it appears it was improperly served. (*See* Aff. of Pl.'s Counsel, Dkt. 10 at 2.) Plaintiff's counsel was informed of the improper service in March. Plaintiff's counsel appears to have attempted to correct the service, but the court is unable to discern from the filings whether that service included a properly executed summons or not. In any event, 60 days has passed since the filing of the "Certificate of Service" (dkt. 10) and there has been no response by Defendants and no clear indication of perfected service. Accordingly, it is hereby ORDERED that Plaintiff shall have 30 days from the date of this order to properly serve this case or risk dismissal. The court would suggest that counsel contact the clerk's office if he needs assistance with our summons forms or processes.

**IT IS SO ORDERED.**

Dated: July 10, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California